UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RYAN CLINTON,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 5:26-cv-01015-AJR

~~[PROPOSED]~~ JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: September 11, 2026

HON. A. JOEL RICHLIN
United States Magistrate Judge